1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9    KEBROCEE A. MAXWELL,                    No.  1:16-cv-00005-SKO   HC

10                      Petitioner,          **ORDER DIRECTING PETITIONER**
                                             **TO SIGN PETITION**
11        v.

12   STU SHERMAN, Warden,

13                      Respondent.

14

15        On December 28, 2015, Petitioner, a state prisoner proceeding *pro se*, filed a petition for

16   habeas corpus pursuant to 28 U.S.C. § 2254 in the Sacramento Division of the U.S. District Court

17   for the Eastern District of California.  Because the petition relates to Petitioner's conviction in

18   Kings County Superior Court, the proper venue for the petition is the Fresno Division.  The

19   Court, therefore, ordered the petition transferred to the Fresno Division on January 4, 2016.

20        Upon receipt of the petition in the Fresno Division, the Court discovered that Petitioner

21   neglected to sign the petition.  Rule 2 of the Rules Governing Section 2254 Cases requires a

22   petition to "be signed under penalty of perjury by the petitioner." The case cannot proceed until

23

24   Petitioner has signed the petition under penalty of perjury and filed it with the Court.

25        Petitioner may correct his omission by submitting a new copy of the petition, **labelled**

26   **with the file number in the caption above (No. 1:16-cv-00005-SKO  HC)**, and signed under

27   penalty of perjury on page 27.  Because requiring a petitioner to submit an entirely new petition

28

                                             1

with a signature may impose unnecessary costs of copying and postage on the petitioner or result

in a filing error upon submission to the Court, Petitioner may also submit a **signed** affidavit,

**bearing the caption and case number shown above**, and setting forth the following language:

> I, Kebrocee A. Maxwell, declare (or certify, verify, or state) under penalty of perjury that the allegations set forth in the petition for writ of habeas corpus filed December 28, 2015, in *Kebrocee A. Maxwell v. Stu Sherman, Warden*, Case No. 1:16-cv-00005-SKO HC, are true and correct, and that I placed the petition for writ of habeas corpus in the prison mailing system for filing.
>
> Executed (signed) on __(date).

Accordingly, it is hereby ORDERED that Petitioner shall submit within 30 days of this

order either (1) a signed copy of the petition for writ of habeas corpus OR (2) an affidavit, as

described above and signed under penalty of perjury, attesting to the truth of the prior petition.  If

Petitioner fails to comply with this order within 30 days, the action will be dismissed without

further notice for failure to comply with a court order.


IT IS SO ORDERED.

Dated:    **January 15, 2016**                          **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE