UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEBROCEE A. MAXWELL,<br><br>                    Petitioner,<br><br>          v.<br><br>STU SHERMAN, Warden,<br><br>                    Respondent. | No.  1:16-cv-00005-SKO   HC<br><br>**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY A COURT ORDER**<br><br>**Doc. 6**<br><br>**RESPONSE DUE WITHIN 15 DAYS** |

On December 28, 2015, Petitioner, a state prisoner proceeding *pro se*, filed a petition for habeas corpus pursuant to 28 U.S.C. § 2254 in the Sacramento Division of the U.S. District Court for the Eastern District of California.  Upon receipt of the petition, the Court discovered that Petitioner neglected to sign the petition.  Rule 2 of the Rules Governing Section 2254 Cases requires a petition to "be signed under penalty of perjury by the petitioner."

On January 19, 2016, the Court ordered Petitioner to correct this omission within 30 days, by submitting either (1) a signed copy of the petition for writ of habeas corpus OR (2) an affidavit, as described in the Court's January 19, 2016, order and signed under penalty of perjury, attesting to the truth of the prior petition.  Although more than 30 days have passed, Petitioner has neither filed an amended complaint or an affidavit nor responded to the Court's order in any way.

///

///

1

The Court has the discretion to impose any and all sanctions authorized by statute or rule or within the inherent power of the Court, including dismissal of an action based on Petitioner's failure to comply with a court order.  F.R.Civ.P. 11; Local R. 110.

Accordingly, the Court hereby ORDERS that:

1.  Within 15 days from the date of service of this order, Petitioner shall file a written response to the Court showing cause why the petition should not be dismissed for Petitioner's failure to obey the Court's order of January 19, 2016.  Submission of a signed complaint or an affidavit in the form set forth in the January 19, 2016, order shall be considered sufficient response.

2.  The Clerk of Court shall mail a copy of this order to show cause to Petitioner's address, along with a copy of the Court's January 19, 2016, order (Doc. 6).

3.  Petitioner's failure to respond to this order to show cause shall result in the dismissal of the petition for writ of habeas corpus without further notice.

IT IS SO ORDERED.

Dated:   **February 23, 2016**                   **/s/ Sheila K. Oberto**
                                                                        UNITED STATES MAGISTRATE JUDGE